# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**

HONORABLE HECTOR M. LAFFITTE

COURTROOM DEPUTY: Minerva **FIGUEROA**         DATE: May 31, 2005

COURT REPORTER: Patricia **GARSHAK**           CR NO: 97-271-11 **(HL)**

COURT INTERPRETER: Janis **PALMA**

=======================================================================

UNITED STATES OF AMERICA                       Attorneys: AUSA-Marcos Lopez, Esq.

vs.

Carlos Collazo-Arroyo                          Raymond Rivera-Esteves, Esq.

=======================================================================

The defendant is present in court. He is  X   under custody  ___ on bond

The Court states that this change of plea and sentence is based on defendant's petition under 28 USC § 2255, which the Court granted a new trial.

**CASE CALLED FOR CHANGE OF PLEA**. The defendant is found competent to plea.

 X   Plea of not guilty withdrawn; plea of guilty entered as to count    1   .

Defense states that an updated pre-sentence report has been prepared by the PO and proceeds to provide some background information. The government has no objections to defendant being sentence today. After listening to counsel the Court finds that it has enough information in the record to sentence the defendant.

**IT IS THE JUDGMENT OF THE COURT** as to count(s)    1    :

Imprisonment for a total term of   TIME SERVED  

Supervised Release Term of     5     Years

Special Monetary Assessment in the amount of   $100.00. The Court notes that this assessment was already paid.  

All terms and conditions are specified in the judgment form.

                                                           S/Minerva Figueroa
                                                           Minerva Figueroa
                                                          Courtroom Deputy Clerk